# FILED

07/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0275

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### No.   DA 22-0275

IN RE THE MARRIAGE OF: )
)
BRANDI C. ZIMBELMAN, )
)
    Petitioner and Appellee, ) **ORDER GRANTING**
) **MOTION FOR EXTENSION OF TIME**
and )
)
TODD ZIMBELMAN, )
)
    Respondent and Appellant. )

Appellant having moved the Court to extend the time for serving his response to respondent's motion to dismiss to July 19, 2022,

IT IS HEREBY ORDERED that appellant shall have up to and including July 19, 2022, within which to file and serve his response to respondent's motion to dismiss.

Page 1 of 1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 11 2022